U.S. Department of Labor RCnaires of Nation Rabbi  on the precious time we share and every day out here, we have no doubt that we are a board of the Book of the book Crown of the book C-C-C-C-C-Christian as a as a man and now on a